NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LLOYD J. FLEMING,**
*Plaintiff-Appellant,*

**v.**

**RICHARD COWARD AND P. HEMPHILL, OFFICER #2478,**
*Defendants-Appellees,*

AND

**WALTER W. TWEEDY, POOL, OFFICER, ADRIANNE TODMAN, FRANK LANCASTER, AND LORRY BLUITT BONDS,**
*Defendants-Appellees,*

AND

**ARUN C. WILLIAMS AND PATRICK ASSOUAD,**
*Defendants-Appellees,*

AND

**GARRETT, MOTENAR ROBERSON, JOSEPH DUKES, EBENEZER OLOMO, LARRY LOUCUS, TOM WOODSON, BEEMON FLEMING, JIMMY MCGIVIE, KESHA TAYLOR, JESSICA, RECITA EVANS, STEPHEN WHEELE, KAREN BUSH, AND MEREDITH KOLBRENER,**
*Defendants.*

LLOYD FLEMING V. RICHARD COWARD                          2

———————————————

2013-1091

———————————————

Appeal from the United States District Court for the District of Columbia in No. 12-CV-0330, Judge Richard J. Leon.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Lloyd J. Fleming moves out of time for an extension of time to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. Mr. Fleming's reply brief submitted on May 20, 2013, is accepted for filing.

(2) All remaining pending motions are denied as moot.  The case is ready to be calendared.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25